IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


LINDA LEE BURLEW,                          3:11-CV-3031-BR

        Plaintiff,

                                      JUDGMENT

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

        Defendant.


    Based on the Court's Opinion and Order (# 16) issued April 3, 2012, **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

    DATED this 3 day of April, 2012.

                                          /s/ Anna J. Brown
                                          ANNA J. BROWN
                                          United States District Judge

1 - JUDGMENT