IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| LINDA LEE BURLEW, | 3:11-CV-3031-BR |
|       Plaintiff, | |
| | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | |
|       Defendant. | |


Based on the Court's Opinion and Order (# 16) issued April 3, 2012, **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

DATED this 3 day of April, 2012.

                              /s/ Anna J. Brown
                              ANNA J. BROWN
                              United States District Judge

1 - JUDGMENT