GREGORY T. DAY, OSB #952474
DAVIS, ADAMS, FREUDENBERG,
DAY & GALLI
Attorneys at Law
600 NW Fifth Street
Grants Pass, OR   97526-2024
(541) 476-6627
Of Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| LINDA LEE BURLEW,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 3:11-CV-3031-BR<br><br>**ORDER FOR EAJA FEES** |

Based upon the stipulation of the parties and the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412(d)(1)(A), it is hereby ORDERED that EAJA attorney's fees and expenses in the amount of $4,016.00 and costs of $350.00, pursuant to 31 U.S.C. § 1304, shall be awarded to Plaintiff and delivered to Plaintiff's counsel, Gregory Day, 600 NW Fifth Street, Grants Pass, Oregon 97526-2024. Pursuant to *Asture v. Ratliff,* 552 U.S. 1193 (2010), if the U.S. Department of the Treasury verified to the Office of the General Counsel for the Social Security

Administration that Plaintiff does not owe a debt, the government shall honor Plaintiff's assignment of EAJA fees and pay EAJA fees directly to Attorney Gregory Day.

DATED this 18th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Gregory T. Day
GREGORY T. DAY, OSB #952474
Davis, Adams, Freudenberg, Day & Galli
Attorneys at Law
600 NW Fifth Street
Grants Pass, OR 97526-2024
(541) 476-6627
Of Attorneys for Plaintiff

2 - PROPOSED ORDER FOR EAJA FEES - [3:11-CV-3031-BR]